BEFORE: DENIS R. HURLEY, U.S. DISTRICT JUDGE

DATE: 9/26/2006     AT: 3:30-3:45 PM

CIVIL CAUSE FOR:    PRELIMINARY INJUNCTION HEARING

CASE NUMBER:    CV-06-2613

TITLE:  RIVERA, ET. AL.  V.  INC. VILLAGE OF FARMINGDALE, ET. AL.

APPEARANCES: FOR PLAINTIFF:  STEFAN KRIEGER, ESQ.
             FOR DEFENDANT:  ROBERT SCHONFLED; GARY HISIGER;
                             ANDREW CURTO; TERRENCE SMOLEV; CLAUDIO DeBELLIS
             COURT REPORTER: STEPHANIE DREXLER

  X    CASE CALLED.

       TERMS OF A SETTLEMENT HAVE BEEN PLACED ON THE RECORD BEFORE MAGISTRATE JUDGE TOMLINSON. PLAINTIFFS' COUNSEL ARE TO INFORM THE COURT BY FRIDAY, SEPTEMBER 29, 2006 WHETHER PLAINTIFFS WILL ACCEPT THE TERMS OF THE SETTLEMENT AGREEMENT.

       A FINAL SETTLEMENT AGREEMENT SHALL BE FILED WITH THE COURT BY FRIDAY, OCTOBER 13, 2006. IF SETTLEMENT IS NOT CONSUMMATED, THE COURT WILL CONDUCT A PRELIMINARY INJUNCTION HEARING AT 3:30 PM ON THAT DAY.

       THE COURT DISCONTINUES THE MOTION FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE TO REINSTATE THE MOTION IF SETTLEMENT IS NOT CONSUMMATED.

       SO ORDERED.

                                              /S/
                                    DENIS R. HURLEY, U.S.D.J.